FILED
BILLINGS DIV.

2008 JUL 14 AM 10 38

PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| LEANNE WICKUN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BILLINGS SCHOOL DISTRICT 2, SCOTT ANDERSON, DAVE WILLIAMS, DAN MARTIN, and DENNIS HOLMES,<br><br>　　　　Defendants. | CV-06-108-BLG-RFC-CSO<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Court's Order of October 18, 2007 (Court's Doc. No. 32),

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each of the parties to bear their own costs, including attorney's fees.

DATED this 14th day of July, 2008.

_____
Carolyn S. Ostby
United States Magistrate Judge